AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
**Southern District of Florida**

|  |  |  |
|---|---|---|
| **GLOBAL WEATHER PRODUCTIONS, LLC and MAXWELL OLSON,** *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 0:26-cv-62153 |
| **LARRY MOSKOWITZ, P.A.** *Defendant(s)* | ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*

LARRY MOSKOWITZ, P.A.
Registered agent: Neal Moskowitz
4013 N Ocean Drive, Apt. 114,
Lauderdale by the Sea, FL 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GEORGE N. COLVILLE
SRIPLAW, P. A.
41 Madison Avenue, 25th Floor
New York, New York 10010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Aug 5, 2026



**SUMMONS**

*s/ V.BRAHIMI*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court